UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LUTHER STANLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10CV1505 HEA |
| | ) |
| COTTRELL, INC., | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

This matter is before the Court on the following motions: Defendant's Motion in Limine to Limit or Exclude Other Incidents, [Doc. No. 136], Defendant's Motion in Limine to Exclude Punitive Damages, [Doc. No. 137], Defendant's Consolidated Motions in Limine, [Doc. No. 138], Defendant's Motion in Limine to Bar Reference to Various "Litigation Reports," [Doc. No. 139], Plaintiff's Motion in Limine, [Doc. No. 140], and Defendant's Motion to Disqualify Counsel Brian Wendler and to Bar Expert Micklow, and for other Sanctions, [Doc. No. 154]. A hearing on these motions was held on February 5, 2013. The Court makes the following rulings:

**Defendant's Motion in Limine to Limit or Exclude Other Incidents, [Doc. No. 136].** The Motion is granted except to the extent that if the incident has a factual similarity in nextus between the incident to support notice. Post incident

occurrences will be allowed for the purpose of notice, but will be limited in time and number.

**Defendant's Motion in Limine to Exclude Punitive Damages, [Doc. No. 137]** is denied; Defendant's alternative motion to bifurcate is granted.

**Defendant's Consolidated Motions in Limine, [Doc. No. 138]**: The parties are to discuss the issues raised in this motion and advise the Court of any remaining matters at issue.

**Defendant's Motion in Limine to Bar Reference to Various "Litigation Reports," [Doc. No. 139]:** This matter will be taken with the case. If the Litigation Reports are allowed, they will be admitted in a very limited fashion.

**Plaintiff's Motion in Limine, [Doc. No. 140]**: The parties have agreed to the following items: 1, 6, 15, 17, and 19.

Item 2: granted

Item 3: Defendant is prohibited from presenting evidence or arguing Plaintiff's weight, girth, or size.

Item 4: agreed by the parties.

Item 5: Granted to the extent that Defendant attempts to use medical evidence that is not relevant or otherwise related to the injury sustained by Plaintiff.

Item 7: Granted

Item 8: Granted except to the extent of warnings, etc. provided to Plaintiff.

Item 9: Granted except to consumption of alcohol by Plaintiff on or contemporaneously with the occurrence of the injury.

Item 10: Granted.

Item 11: To be taken with the case at trial.

Item 12: Granted.

Item 13: Denied.

Item 14: Denied.

Item 16: Granted, subject to appropriate evidence at trial

Item 18: Granted.

Item 20: Agreed by the parties.

Item 21: Denied.

Item 22: Moot.

Item 23: Moot, in light of the Ruling on item 21.

Dated this 6th day of February, 2013.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE